UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 09-84475-jem |
| ) | |
| RICKEY TYRONE NELSON, ) | CHAPTER: 13 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| GEORGIA FLORIDA UNITED METHODIST ) | CONTESTED MATTER |
| FEDERAL CREDIT UNION, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| RICKEY TYRONE NELSON, Debtor; ) | |
| ELIZABETH S. JONES, Co-Debtor, ) | |
| ) | |
| Respondents, ) | |
| ) | |
| NANCY J. WHALEY, Trustee. ) | |

## MOTION FOR RELIEF FROM CO-DEBTOR STAY

**COMES NOW** GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION (the "Movant") and moves this Court for relief from co-debtor stay and shows the Court as follows:

1.

The Debtor filed a petition for relief under Chapter 13 of Title 11, of the United States Code on September 18, 2009, and said case is pending before this Court.

2.

NANCY J. WHALEY is the duly designated Chapter 13 Trustee.

3.

Movant has filed a Proof of Claim in the amount of $3,681.37. The Proof of Claim has been allowed as a general unsecured claim and will receive zero (0) cents on the dollar. ELIZABETH S. JONES is a Co-debtor on the account. A copy of the Proof of Claim and documentation verifying said account is attached hereto as Exhibit "A".

4.

There is no provision in the Debtor's Chapter 13 Plan to pay the Proof of Claim in full with contract interest in order to protect the Co-debtor.

5.

Movant would suffer irreparable harm should the Co-debtor Stay not be lifted for cause.

6.

Movant shows this Court that the Co-debtor stay, pursuant to 11 U.S.C. § 1301 et. seq., should be lifted with respect to ELIZABETH S. JONES to permit Movant to collect the amounts due to the extent that the Debtor's Chapter 13 Plan does not propose payment.

WHEREFORE, Movant prays that the Court inquire into the matters as set forth herein and grant relief from the automatic stay as to ELIZABETH S. JONES pursuant to 11 U.S.C. §1301 and for such other and further relief as the Court deems just and appropriate.

RESPECTFULLY SUBMITTED this 12th day of October, 2009.

/s/ Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465
WEISSMANN ZUCKER EUSTER P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
(404) 364-2300
(404) 364-2320 facsimile
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 09-84475-jem |
| | ) | |
| RICKEY TYRONE NELSON, | ) | CHAPTER: 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICKEY TYRONE NELSON, Debtor; ELIZABETH S. JONES, Co-Debtor, | ) | |
| | ) | |
| Respondents, | ) | |
| | ) | |
| NANCY J. WHALEY, Trustee. | ) | |

## NOTICE TO CO-DEBTOR

Notice is hereby given that GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION (the "Movant") has filed a Motion for Relief from Co-debtor Stay. Movant is seeking relief from the stay under Section 1301 relative to the Movant's rights against ELIZABETH S. JONES; and

Notice is further given that the Co-debtor has twenty (20) days from the date of this Notice to respond to said Motion for Relief from Co-debtor Stay pursuant to 11 U.S.C. Section 1301(d).

If a response is filed by the Co-debtor to the relief sought, a hearing will be scheduled in accordance to said response. If no response is timely filed and served, then the Court may enter an Order granting the Motion filed by Movant.

This 12th day of October, 2009.

/s/ Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465
WEISSMANN ZUCKER EUSTER P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
(404) 364-2300
(404) 364-2320 facsimile
Attorneys for Movant

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT  NORTHERN   DISTRICT OF  GEORGIA | PROOF OF CLAIM |
|---|---|

Name of Debtor: RICKEY TYRONE NELSON          Case Number: 09-84475-JEM

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Georgia Florida United Methodist Federal Credit Union

Name and address where notices should be sent:
Paul J. Morochnik
Weissmann Zucker Euster P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
Telephone number:
(404) 364-2300

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
Georgia Florida United Methodist Federal Credit Union
P.O. Box 24449
Lakeland, FL 33802-0449

Telephone number:
(866) 687-2136

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 3,681.37

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** money loaned
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 4965

   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property:       Annual Interest Rate:

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any:             Basis for perfection:

   Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. **Amount of claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

   **Amount entitled to priority:**

   $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| DATE: 10/09/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

/s/ PAUL J. MOROCHNIK, Georgia Bar No. 526465

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§

EXHIBIT
A

DEBTOR NAME:              Rickey Tyrone Nelson

CHAPTER 13 CASE NO.       09-84475-JEM

CREDITOR NAME:            Georgia Florida United Methodist Federal Credit Union

## ITEMIZED STATEMENT OF CLAIM

| | |
|---|---|
| Principal Balance: | $ 3,663.90 |
| Interest: | $    17.47 |
| Attorney's Fees: | $     0.00 |
| **TOTAL** | **$ 3,681.37** |

# GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION

1991 Lower Roswell Road
Marietta, GA 30068-3350
Phone: (770) 565-3794
1-800-292-9368

1140 E McDonald Street
Lakeland, FL 33801
Phone: (863) 688-5583 ext 145
1-800-282-8011 ext 145

**LOANLINER.**
Open-End Application
and Plan Signatures *PLUS*

---

**Individual Credit:** You must complete the **Applicant** section about yourself and the **Other** section about your spouse if:
1. you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI).
2. your spouse will use the account, or
3. you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the Other section to the extent possible about the person on whose payments you are relying.

**Joint Credit:** Each Applicant must individually complete the appropriate section below. If Co-Borrower is spouse of the Applicant, mark the Co-Applicant box.

☐ LOANLINER® Account/Loan: ☒ Individual ☐ Joint  Amount Requested $ 7,000  Purpose/Collateral: _____
(Including ATM/Debit Card Access to the Account if Available)
Repayment: ☐ Payroll Deduction  ☐ Cash  ☐ Military Allotment  ☐ Automatic Payment  ☐ Other _____

**Applicant**
NAME (Last - First - Initial): Nelson Rickey
MOTHER'S MAIDEN NAME:
ACCOUNT NUMBER:
SOCIAL SECURITY NUMBER: -1373
DRIVER'S LICENSE NUMBER / STATE: 7424
BIRTH DATE:
HOME PHONE:
BUSINESS PHONE / EXT.:
E-MAIL ADDRESS:
PRESENT ADDRESS (Street - City - State - Zip): ☒ OWN ☐ RENT  YEARS AT THIS ADDRESS:

MORTGAGE BALANCE:  MONTHLY PAYMENT: $  INTEREST RATE: %

COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ MARRIED  ☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed)

NAME AND ADDRESS OF EMPLOYER:
NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.
EMPLOYMENT INCOME  OTHER INCOME
$_____ PER _____  $_____ PER _____
☐ NET ☐ GROSS  SOURCE:
NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU:  RELATIONSHIP:  HOME PHONE:

**Other** ☐ Co-Applicant ☐ Spouse
NAME (Last - First - Initial):  MOTHER'S MAIDEN NAME:
ACCOUNT NUMBER:  SOCIAL SECURITY NUMBER:
DRIVER'S LICENSE NUMBER / STATE:
BIRTH DATE:  HOME PHONE:  BUSINESS PHONE / EXT.:
E-MAIL ADDRESS:
PRESENT ADDRESS (Street - City - State - Zip): ☐ OWN ☐ RENT  YEARS AT THIS ADDRESS:
MORTGAGE/RENT OWED TO:
MORTGAGE BALANCE:  MONTHLY PAYMENT:  INTEREST RATE: %
COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ MARRIED ☐ SEPARATED ☐ UNMARRIED (Single - Divorced - Widowed)  START DATE:
NAME AND ADDRESS OF EMPLOYER:
NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.
EMPLOYMENT INCOME  OTHER INCOME
$_____ PER _____  $_____ PER _____
☐ NET ☐ GROSS  SOURCE:
NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU:  RELATIONSHIP:  HOME PHONE:

© CUNA MUTUAL GROUP, 1990... ALL RIGHTS RESERVED
TO ORDER: 1-800-356-5012

**CONTINUED ON REVERSE SIDE**

Simplified Agreement Format (S)
BXX.054

FROM

**GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION**
991 Lower Roswell Road
Marietta, GA 30068-3350
Phone: (770) 565-3794
1-800-292-9368

1140 E McDonald Street
Lakeland, FL 33801
Phone: (863) 688-5563 ext 145
1-800-282-8011 ext 145



**LOANLINER.**
Open-End Application
and Plan Signatures *PLUS*

**Individual Credit:** You must complete the **Applicant** section about yourself and the **Other** section about your spouse if:
1. you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI),
2. your spouse will use the account, or
3. you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the **Other** section to the extent possible about the person on whose payments you are relying.

**Joint Credit:** Each Applicant must **individually** complete the appropriate section below. If Co-Borrower is spouse of the Applicant, mark the Co-Applicant box.

Check below to indicate the type of account(s) and type of credit for which you are applying. Married Applicants may apply for a separate account.

☐ **LOANLINER® Account/Loan:** ☐ Individual ☐ Joint  Amount Requested $_____ Purpose/Collateral: _____
(Including ATM/Debit Card Access to the Account if Available)
**Repayment:** ☐ Payroll Deduction ☐ Cash ☐ Military Allotment ☐ Automatic Payment ☐ Other_____

Other: ☒ Co-Applicant ☐ Spouse

| Applicant | | Other |
|---|---|---|
| NAME (Last - First - Initial) | MOTHER'S MAIDEN NAME | NAME (Last - First - Initial): Jones Elizabeth J.  MOTHER'S MAIDEN NAME: Hill |
| ACCOUNT NUMBER | SOCIAL SECURITY NUMBER | ACCOUNT NUMBER  SOCIAL SECURITY NUMBER: -2325 |
| DRIVER'S LICENSE NUMBER / STATE | | DRIVER'S LICENSE NUMBER / STATE: 11 42 |
| BIRTH DATE  HOME PHONE | BUSINESS PHONE/EXT. | BIRTH DATE: 154  HOME   BUSINESS PHONE/EXT. |
| E-MAIL ADDRESS | | E-MAIL ADDRESS |

PRESENT ADDRESS (Street - City - State - Zip) ☐ OWN ☐ RENT  YEARS AT THIS ADDRESS

PRESENT ADDRESS (Street - City - State - Zip) ☐ OWN ☐ RENT  YEARS AT THIS ADDRESS

MORTGAGE/RENT OWED TO:

MORTGAGE/RENT OWED TO:

| MORTGAGE BALANCE | MONTHLY PAYMENT | INTEREST RATE |
|---|---|---|
| $ | $ | % |

| MORTGAGE BALANCE | MONTHLY PAYMENT | INTEREST RATE |
|---|---|---|
| $ | $ | % |

COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ MARRIED ☐ SEPARATED ☐ UNMARRIED (Single - Divorced - Widowed)

COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ MARRIED ☐ SEPARATED ☐ UNMARRIED (Single - Divorced - Widowed)

**Employment/Income**
NAME AND ADDRESS OF EMPLOYER
START DATE
NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.
EMPLOYMENT INCOME   OTHER INCOME
$_____ PER _____  $_____ PER _____  SOURCE
☐ NET ☐ GROSS

**Employment/Income**
NAME AND ADDRESS OF EMPLOYER
START DATE
NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.
EMPLOYMENT INCOME   OTHER INCOME
$_____ PER yr   $_____ PER _____  SOURCE
☐ NET ☒ GROSS

**Reference**
NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU
HOME PHONE  RELATIONSHIP

**Reference**
NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU
HOME PHONE  RELATIONSHIP

©CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 98, 99, 2001, 04, ALL RIGHTS RESERVED
TO ORDER: 1-800-356-5012
**CONTINUED ON REVERSE SIDE**
Simplified Agreement Format (9)
BXX094

FROM (THU) OCT 1 2009 1:19/ST. 1:17/No. 7561765557 P 9
Case 09-84475-wlh    Doc 12    Filed 10/12/09    Entered 10/12/09 15:45:05    Desc Main
Document      Page 9 of 12

**OHIO RESIDENTS**: The Ohio laws against discrimination require ...ll creditors make credit equally available to all creditworthy customers, and that ...dit reporting agencies maintain separate credit histories on each individual upon ...quest. The Ohio Civil Rights Commission administers compliance with this law:

**SCONSIN RESIDENTS ONLY:** (1) No provision of any marital property agreement, ...ilateral statement under §766.59, or court decree under §766.70 will adversely ...ect the rights of the Credit Union unless the Credit Union is furnished a copy of the agreement, statement, decree or has actual knowledge of the terms before the credit is granted or the account is opened. (2) Please sign if you are not applying for this account or loan with your spouse. The credit being applied for, if granted, will be incurred in the interest of the marriage or family of the undersigned.

| X | |
|---|---|
| SIGNATURE FOR WISCONSIN RESIDENTS ONLY | DATE |

## Signatures

You promise that everything you have stated in this application is correct to ...e best of your knowledge. If there are any important changes, you will notify us ... writing immediately. You authorize the Credit Union to obtain credit reports in ...nnection with this application for credit and for any update, increase, renewal, ...tension, or collection of the credit received. You understand that the Credit ...ion will rely on the information in this application and your credit report to ...ake its decision. If you request, the Credit Union will tell you the name and ...dress of any credit bureau from which it received a credit report on you. It is a ...deral crime to willfully and deliberately provide incomplete or incorrect ...formation on loan applications made to federal credit unions or state chartered ...edit unions insured by NCUA.

2. You have received and read the LOANLINER® Credit and Security Agreement, including the Addendum ("Agreement"), and a Credit Insurance Certificate. By signing below you agree to be bound by the terms of the Agreement.

3. **You grant us a security interest in all individual and joint share and/or deposit accounts you have with us now and in the future to secure what you owe under the LOANLINER® Credit and Security Agreement. When you are in default, you authorize us to apply the balance in these accounts to any amounts due. Shares and deposits in an Individual Retirement Account, and any other account that would lose special tax treatment under state or federal law if given as security, are not subject to the security interest you have given in your shares and deposits.**

| _(signature)_ (SEAL) | | X _(signature)_ (SEAL) 02/23/200_ |
|---|---|---|
| ...PLICANT'S SIGNATURE | DATE | OTHER SIGNATURE    DATE |

## Credit Insurance Enrollment Form/Schedule

CUNA Mutual Insurance Society • Madison, WI 53701-0391 • Phone: 800/937-2644

..ou" or "Your" means the member and the joint insured (if applicable).

..edit insurance is voluntary and not required in order to obtain this loan. You ...ay select any insurer of your choice. You can get this insurance only if you ...eck the "yes" box below and sign your name and write in the date. The rate you ...e charged for the insurance is subject to change. You will receive written notice ...fore any increase goes into effect. You have the right to stop this insurance by ...tifying your credit union in writing. Your signature below means you agree that:
..f you elect insurance, you authorize the credit union to add the charges for ...nsurance to your loan each month.

..You are eligible for insurance if you are working for wages or profit for 25 hours ...a week or more on the date of the initial advance. If you are not, you will not be insured until you return to work and complete an application for insurance. If you are off work because of temporary layoff, strike or vacation, but soon to resume, you will be considered at work.

• If you are a homemaker, retiree or student, you are eligible for Credit Life insurance only if you are performing all of the usual duties of a homemaker, retiree or student in the normal manner on the date of the initial advance and you are not receiving disability benefits from any source. Are you presently actively at work?  ☐ Yes  ☐ No

• You are eligible for insurance up to the Maximum Age for Insurance. Insurance will stop when you reach that age.

..OTE: **The insurance you're applying for contains certain terms and exclusions; Refer to your certificate for coverage details.**

| YOU ELECT THE FOLLOWING INSURANCE COVERAGE(S) | YES | NO | COST PER $100 OF YOUR MONTHLY LOAN BALANCE | COVERED MEMBER (please print) |
|---|---|---|---|---|
| ..INGLE CREDIT DISABILITY | | | $.23 | |
| ..INGLE CREDIT LIFE | | | $.07 | |
| ..OINT CREDIT LIFE | X | | $.105 | |

..f you are totally disabled for more than  30  days, then the disability benefit will begin with the  1st  day of disability.

| ..ACCOUNT NUMBER | DATE OF ISSUE OF THIS CERTIFICATE | INSURANCE MAXIMUMS | DISABILITY | LIFE |
|---|---|---|---|---|
| | | MAX. MONTHLY TOTAL DISABILITY BENEFIT | $ 600 | N/A |
| ..GROUP POLICY NUMBER | | MAX. INSURABLE BALANCE PER LOAN ACCOUNT | $30,000 | $30,000 |
| 010-0354-3 | | MAXIMUM AGE FOR INSURANCE | 66 | 71 |

..SECONDARY BENEFICIARY (If you desire to name one)

| | | | |
|---|---|---|---|
| DATE | MEMBER'S DATE OF BIRTH | DATE | JOINT INSURED'S DATE OF BIRTH |

| X _(signature)_ | X _(signature)_ |
|---|---|
| SIGNATURE OF MEMBER (Be sure to check one of the boxes above) | SIGNATURE OF JOINT INSURED (CO-BORROWER) (Only required if JOINT CREDIT LIFE coverage is selected) |

APP.825-1193GA

### For Credit Union Use Only

| DATE | APPROVED | APPROVED LIMITS: | SIGNATURE | LINE OF CREDIT | OTHER | OTHER | DEBT RATIO/SCORE BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| | | | $ | $ | $ | $ | | |
| | DENIED (Adverse Action Notice Sent) | | | | | | | |

LOAN OFFICER COMMENTS:

SIGNATURES:
| X | X | |
|---|---|---|
| | | DATE |
| | DATE | |



**Open-End Disbursement Receipt *Plus***

## BORROWER INFORMATION

| BORROWER 1 NAME (Please Print) | BORROWER 2 NAME (Please Print) | ACCOUNT NUMBER | DATE |
|---|---|---|---|
| Richera Nelson | Elizabeth S Jones |  | 2-23-06 |

☐ CONSUMERS' CLAIMS AND DEFENSES — IF CHECKED, SEE REVERSE SIDE FOR NOTICE

**SECURITY OFFERED**

THE ADVANCE IS SECURED BY YOUR SHARES, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING PROPERTY:

| PROPERTY/MODEL | YEAR | I.D. NUMBER | VALUE | KEY NUMBER |
|---|---|---|---|---|
| Signature loan |  |  |  |  |

| PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER(S) |
|---|---|

## REPAYMENT TERMS

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | ☒ FIXED ☐ VARIABLE | OTHER FEES (Amount and Description) | NEW BALANCE THIS SUBACCOUNT |
|---|---|---|---|---|
| 0.03972 | 14.50 % |  | $ NA | $ 10,000.00 |

| AMOUNT ADVANCED | PAYMENT AMOUNT | DATE DUE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
|---|---|---|---|---|---|
| $ 10,000.00 | $ 285.00 | April 9, 2006 | Monthly | $ NA | $ NA |

L-2  $ 3,358.08
to member  $ 6,641.92

By endorsing the proceeds check for the advance described above, or by having the loan proceeds deposited into your share/share draft account or paid to a third party, you agree: (1) that the property described in the Security Offered section above ("Property") is security under the terms of the LOANLINER® Credit and Security Agreement (the "Plan") for all amounts you owe under the Plan and that the property description is incorporated into and a part of the Plan; (2) that the Property is also security for any other loans, including but not limited to, any credit card loan that you have with the credit union now or in the future; and (3) to make payments as disclosed above and in accordance with the terms of the Plan.

© CUNA MUTUAL GROUP, 1998, 99, 2000, 02, ALL RIGHTS RESERVED
TO ORDER: 1-800-356-5012

**CREDIT UNION COPY**

VXX085

**LOANLINER.**

## NOTICE TO COSIGNER

You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount.

The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become part of your credit record.

This notice is not the contract that makes you liable for the debt.

## Guaranty Agreement

**BASIC GUARANTY** — To induce ___GA Florida United Methodist FCU___ (the "Credit Union") to lend money or give credit to ___Rickey Nelson___ (the "Borrower"), _____ (Account Number), you (the "Guarantor(s)"), jointly and severally if more than one, guarantee prompt and full payment, when due, the following debt, including principal and interest.

Signature loan for $10,000.00
@ 14.50% for 48 months

**WHEN YOU MUST PAY** — If the Borrower fails to pay the debt when due, you promise to pay the debt to the Credit Union upon demand. The Credit Union can demand that you pay the debt even if it does not try to collect from the Borrower and without enforcing any security interests the Borrower has given the Credit Union.

**SECURITY** — You pledge all shares and/or deposits in any of your joint and individual accounts at the Credit Union as security for your promise. The Credit Union has the right to apply your shares and/or deposits towards what you owe if you are in default under this Agreement. Shares and/or deposits in an Individual Retirement Account and any other account that would lose special tax treatment under state or federal law if given as security are not subject to the security interest you have given in your shares and deposits.

**NO NOTICE REQUIRED** — This guaranty remains in effect even though you are not given notice of the following:
(1) If the Borrower fails to pay any amount due.
(2) Of any action taken by the Credit Union with respect to property given by the Borrower as security for the debt.
(3) Of any new debts with the Credit Union incurred by the Borrower.
(4) Of any renewal, extension or substitution of any of the Borrower's debts.
(5) Of the acceptance by the Credit Union of this guaranty.

**PAYMENTS** — The Credit Union has the right to apply payments by the Borrower to any of the Borrower's debts in any order the Credit Union elects.

**YOU MAY BE SUED** — You may be sued for payment of the debt if the Borrower is in default and you do not pay the amount you have guaranteed.

**OTHER GUARANTORS** — If more than one Guarantor signs this Agreement, the Credit Union can release or settle with any of the Guarantors at any time without affecting the liability of the others.

**NO WAIVER OF RIGHTS** — The Credit Union can delay enforcing any of its rights under this Agreement without losing them.

**WHO IS BOUND** — Each person who signs below is bound jointly and severally. The Credit Union can enforce this Agreement against your heirs and legal representatives.

### SIGNATURES

| PRINT NAME _Elizabeth S. Jones_ | PRINT NAME _Kelly Rogers_ |
|---|---|
| X _[signature]_ (SEAL) 02/28/07 | X _[signature]_ (SEAL) |
| GUARANTOR          DATE | WITNESS          DATE |
| PRINT NAME _____ | PRINT NAME _____ |
| X (SEAL) | X (SEAL) |
| GUARANTOR          DATE | WITNESS          DATE |

©CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 98, 2000, ALL RIGHTS RESERVED
TO ORDER: 1-800-356-5012

CREDIT UNION COPY

GXX112 27860

## **CERTIFICATE OF SERVICE**

This is to certify that I am over the age of 18 and that I have this 31st day of December, 2008 served the foregoing **Motion for Relief from Co-Debtor Stay** and **Notice to Co-Debtor** upon the Chapter 13 Trustee, the Debtor, the Co-Debtor and Debtor's counsel by causing a copy of the notice to be deposited in the United States mail, with adequate first-class postage affixed thereto, addressed as follows:

Chapter 13 Trustee
Nancy J. Whaley
303 Peachtree Center Avenue, Ste.120
Atlanta, GA 30303

Rickey Tyrone Nelson
3652 Woodland Cove
Decatur, GA 30034

Elizabeth S. Jones
1045 Audubon Circle SW
Atlanta, GA 30311

Brien S. Nelson
Robert J. Semrad & Associates
101 Marietta Street, 36th Floor
Atlanta, GA 30303

/s/ Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465
WEISSMANN ZUCKER EUSTER P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
(404) 364-2300
(404) 364-2320 facsimile
Attorneys for Movant