**IT IS ORDERED as set forth below:**

Date: December 22, 2009

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 09-84475-jem |
| | ) | |
| RICKEY TYRONE NELSON, | ) | CHAPTER: 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | _____ |
| | ) | |
| GEORGIA FLORIDA UNITED METHODIST | ) | CONTESTED MATTER |
| FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICKEY TYRONE NELSON, Debtor; | ) | |
| ELIZABETH S. JONES, Co-Debtor, | ) | |
| | ) | |
| Respondents, | ) | |
| | ) | |
| NANCY J. WHALEY, Trustee. | ) | |

**ORDER LIFTING CODEBTOR STAY**

IT APPEARING that GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION (the "Movant"), has filed a Proof of Claim in the above-referenced Chapter 13 case on in the amount of $3,681.37; and

IT APPEARING that ELIZABETH S. JONES is a Co-debtor on the account and there is no provision in the Chapter 13 Plan to pay the Proof of Claim in full with contract interest in order to protect the Co-debtor, ELIZABETH S. JONES; and

IT APPEARING that the Proof of Claim has been allowed as a general unsecured claim and will receive zero (0) cents on the dollar; and

IT APPEARING that Movant has filed a Motion for Relief from Co-debtor Stay with Notice to Co-debtor; and

IT APPEARING this matter was scheduled for hearing on December 16, 2009; and

IT APPEARING that the Co-debtor, ELIZABETH S. JONES, has failed to respond to the Motion for Relief from Co-debtor Stay filed by Movant within the twenty (20) days as provided in said Notice to Co-debtor and failed to appear at the scheduled hearing; and

IT APPEARING that Movant would suffer irreparable harm should the Co-debtor stay not be lifted; it is

ORDERED, DECREED AND ADJUDGED that the Co-debtor stay pursuant to 11 U.S.C. Section 1301 is hereby lifted as to the Co-debtor, ELIZABETH S. JONES, to permit Movant to collect the amount due to the extent that the Debtor's Chapter 13 Plan does not propose.

[END OF DOCUMENT]

Prepared and Submitted by:

/s/ Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465
WEISSMANN ZUCKER EUSTER P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
(404) 364-2300
(404) 364-2320 facsimile
Attorneys for Movant

DISBTRIBUTION LIST

DEBTOR:  Rickey Tyrone Nelson
3652 Woodland Cove
Decatur, GA 30034

CO-DEBTOR:  Elizabeth S. Jones
1045 Audubon Circle SW
Atlanta, GA 30311

DEBTORS' ATTORNEY:  Brien S. Nelson
Robert J. Semrad & Associates
101 Marietta Street, 36th Floor
Atlanta, GA 30303

CHAPTER 13 TRUSTEE:  Nancy J. Whaley
303 Peachtree Center Avenue, Ste.120
Atlanta, GA 30303

MOVANT'S ATTORNEY:  Paul J. Morochnik
Weissmann Zucker Euster PC
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305